UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA SHAWN PARKER,<br><br>Defendant. | CASE NO. CR05-444 JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 4, 2007. The United States was represented by Ronald Friedman. The defendant was represented by Jay Stansell.

## CONVICTION AND SENTENCE

Defendant had been convicted of Theft of Public Funds on or about July 28, 2006. The Hon. John C. Coughenour of this court sentenced Defendant to two years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

<u>DEFENDANT'S ADMISSION</u>

USPO Christopher Luscher alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Failing to answer truthfully all inquiries by the probation officer, from October 2006 through February 2007, in violation of standard condition No. 3.

(2) Failing to work regularly at a lawful occupation, since August 2006, in violation of standard condition No. 5.

(3) Failing to submit to urinalysis testing, on or about August 15, 23, September 22, October 10, 23, 26, December 15, and 27, 2006, in violation of the special condition that she submit to urinalysis testing.

(4) Failing to pay restitution, from August 2006 through February 2007, in violation of the special condition requiring her to pay $9,060.00 in restitution to be paid during the term of supervision in monthly installments of not less than 10% of her gross monthly household income.

(5) Failing to complete community service work at the direction of the probation officer, as of February 2007, in violation of the special condition that she complete 50 hours of community service as approved and directed by the probation officer.

I advised the defendant of these charges and of her constitutional rights. At today's hearing Defendant admitted the violations, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. John C. Coughenour.

//

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged and set the matter for a disposition hearing.

Defendant has been released pending a final determination by the court.

DATED this 5th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc:   Sentencing Judge          :   Hon. John C. Coughenour
      Assistant U.S. Attorney   :   Ronald Freidman
      Defense Attorney          :   Jay Stansell
      U. S. Probation Officer   :   Christopher Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-